IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL THOMAS
CARPENTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-5001

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 14, 2016.

An appeal from the Circuit Court for Santa Rosa County.
John L. Miller, Judge.

Nancy A. Daniels, Public Defender, and Brenda L. Roman, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Thomas H. Duffy and Tayo Popoola, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.